UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MELVIN EARL BANKS,　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　) **JUDGMENT IN A CIVIL CASE**
V.　　　　　　　　　　　　　　　　　) **CASE NO. 4:17-cv-24-D**
　　　　　　　　　　　　　　　　　　)
JFK ESTATE'S,　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　)

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES the action as frivolous.

**This Judgment Filed and Entered on March 23, 2017, and Copies To:**

Melvin Earl Banks　　　　　　　　　　　　　(Sent to P.O. Box 2992 Kinston, NC 28501 via US Mail)

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

March 23, 2017　　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk